BEACH 54TH STREET, INC., Respondent, v. ABRAHAM RUBINSTEIN, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and dis-

bursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.